WILLIAM J. ROOME, JR., Appellant, *v.* THE CONEY ISLAND
    AND BROOKLYN RAILROAD COMPANY, Respondent.

*Roome* v. *Coney Island & Brooklyn R. R. Co.*, 165 App. Div. 929,
appeal dismissed.
    (Argued April 12, 1915; decided April 20, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered November 19, 1914, affirm-
ing a judgment in favor of defendant entered upon a
dismissal of the complaint by the court at a Trial Term
in an action to recover for personal injuries alleged to
have been sustained by plaintiff through the negligence
of defendant.

The motion was made upon the ground that the affirm-
ance by the Appellate Division was unanimous and
permission to appeal had not been obtained.

*D. A. Marsh* for motion.

*J. Stewart Ross* opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.